place of residence. Notice to be sent to the lunatic through the post office, and served upon one of his brothers.

*Hay S. Mackay* v. *William Blackett and S. N. Stubbs.*—

Practice.
Injunction to stay
suit at law against
an officer of this
court.

H. S. MACKAY, complainant, in person. This was an *ex parte* application, on the part of the complainant, in the nature of an appeal from the decision of the vice chancellor of the first circuit refusing to grant an injunction to stay proceedings at law. The chancellor decided that where the jurisdiction of this court, the regularity of its process, or the validity of its order is not in question, it is not a matter of course to restrain all proceedings, in other courts, against its officers, for alleged misconduct in relation to proceedings here. That wherever the jurisdidiction of the court, the title of its officers, or the validity of its process or its orders is disputed or attempted to be drawn in question by a suit instituted in another court against those who are acting under the orders of the court of chancery, it is bound to interfere for their protection. But that where the process of the court has been irregularly and illegally issued, and has been set aside by the court itself for such irregularity, or where an officer of this court, under color or pretence of executing its orders, has exceeded his authority and interfered with the personal rights of others, the court of chancery will not draw to itself the consideration of the matter, and prevent the injured party

When to be applied for.

from resorting to other tribunals for redress. That a party who wishes this court to assume jurisdiction and restrain all proceedings elsewhere, should seek the aid of this court promptly and without waiting the result of a trial in another tribunal. That after a verdict against him it is too late to apply to this court for an order to stay the proceedings at law. That applications of that nature are to be disposed of by summary proceedings before the chancellor or vice chanaellor having jurisdiction of the original cause, and not by a regular suit in this court.

Application for injunction denied.

*Caroline A. Mildeberger* v. *William De Witt Mildeberger.* H. M. WESTERN, for complainant; G. W. GERARD, for defendant. Exceptions to master's report on both sides, overruled, without costs to either party.